Alvonne Honaker WALKER, Movant, v. Bill SPEARS et al., Opposed.

Court of Appeals of Kentucky.

Sept. 26, 1941.

Jean L. Auxier and O. T. Hinton for movant.

J. E. Childers for Spears.

W. W. Reynolds for Johnson.

PER CURIAM.

Appeal denied; judgment affirmed.

J. L. SPIELBERGER, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Sept. 30, 1941.

Thomas W. Hardesty, Jr., and Bert J. King for movant.

Hubert Meredith, Attorney General, and Wm. E. Wehrman, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

T. J. MARTIN et al., Movants, v. Hauley SCOTT, Opposed.

Court of Appeals of Kentucky.

Sept. 30, 1941.

C. B. Wheeler for movants.

Oscar P. Bond, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.